1

The Honorable James L. Robart

2

3

4

5

6

7           UNITED STATES DISTRICT COURT
8           WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE

9   UNITED SPECIALTY INSURANCE
    COMPANY, a Delaware corporation,

10                   No. 2:18-cv-00596-JLR

               Plaintiff,

11                   STIPULATED MOTION FOR
    v.                  EXTENSION OF TIME FOR

12                   DEFENDANTS SHOT SHAKERS, INC.,
  SHOT SHAKERS, INC. d/b/a Roosevelt Ale  SCOTT SIMPSON, AND MICHELE

13   House, a Washington corporation, SCOTT  SIMPSON TO FILE ANSWER TO
  SIMPSON, a Washington resident, MICHELLE  COMPLAINT AND ̶[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶

14   SIMPSON, a Washington resident, and  ORDER
  JACKMAN COMMERCIAL BUILDING

15   L.L.C., a Washington limited liability company,  **NOTED: May 29, 2018**

16              Defendants.

17

18                       **STIPULATED MOTION**

19       Plaintiff United Specialty Insurance Company and Defendants Shot Shakers, Inc. d/b/a

20   Roosevelt Ale House, Scott Simpson, and Michelle Simpson (collectively, "Defendants"),

21   through their undersigned counsel of record, hereby jointly stipulate to and move for the entry of

22   an Order extending the deadline for Defendants to file their answer to Plaintiff's Complaint for

23   Declaratory Judgment and Rescission of Insurance Contract to **June 18, 2018**.

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS SHOT SHAKERS, INC., SCOTT SIMPSON, AND
MICHELE SIMPSON TO FILE ANSWER TO COMPLAINT - 1
Case No. 2:18-cv-00596-JLR

53055229.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

1      DATED this 29th day of May, 2018.

2

3      *s/ Jason R. Donovan*                 *s/ Eliot M. Harris*

Jason R. Donovan, WSBA #40994         Eliot M. Harris, WSBA #36590

4      FOSTER PEPPER PLLC               WILLIAMS, KASTNER & GIBBS PLLC

1111 Third Avenue, Suite 3000            601 Union Street, Suite 4100

5      Seattle, Washington  98101-3292         Telephone: (206) 628-6600

Telephone: (206) 447-4400               Facsimile: (206) 628-6611

6      Facsimile: (206) 447-9700              Email: eharris@weilliamskastner.com

Email: j.donovan@foster.com            Attorneys for Plaintiff United Specialty

7      Attorneys for Defendants Shot Shakers, Inc.   Insurance Company

         d/b/a Roosevelt Ale House, Scott Simpson,

8       and Michelle Simpson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS SHOT SHAKERS, INC., SCOTT SIMPSON, AND
MICHELE SIMPSON TO FILE ANSWER TO COMPLAINT - 2
Case No. 2:18-cv-00596-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53055229.1

1

## ORDER

2      It is so ordered.

3
       DATED this 29th day of _____May_____, 2018.
4

5

6                                      _____
                                       The Honorable James L. Robart
7                                      United States District Judge

8      Presented by

9      s/ Jason R. Donovan
       _____
10     Jason R. Donovan, WSBA #40994
       FOSTER PEPPER PLLC
11     1111 Third Avenue, Suite 3000
       Seattle, Washington  98101-3292
12     Telephone: (206) 447-4400
       Facsimile: (206) 447-9700
13     Email: j.donovan@foster.com
       Attorneys for Defendants Shot Shakers, Inc.
14       d/b/a Roosevelt Ale House, Scott Simpson,
         and Michelle Simpson
15

16     s/ Eliot M. Harris
       _____
17     Eliot M. Harris, WSBA #36590
       WILLIAMS, KASTNER & GIBBS PLLC
18     601 Union Street, Suite 4100
       Telephone: (206) 628-6600
19     Facsimile: (206) 628-6611
       Email: eharris@weilliamskastner.com
20     Attorneys for Plaintiff United Specialty
         Insurance Company
21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS SHOT SHAKERS, INC., SCOTT SIMPSON, AND
MICHELE SIMPSON TO FILE ANSWER TO COMPLAINT - 3
Case No. 2:18-cv-00596-JLR

53055229.1

1

## CERTIFICATE OF SERVICE

2       I hereby declare on May 29, 2018, I electronically filed the foregoing document with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4    following parties *via* electronic service:

5       Eliot M. Harris, eharris@williamskastner.com

6       Wendy E. Lyon, wlyon@foxrothschild.com

7       I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.

9       DATED:  May 29, 2018, at Seattle, Washington.

10

11                              *s/ Jason R. Donovan*

12                              Jason R. Donovan, WSBA #40994

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53055229.1