The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOT SHAKERS, INC. d/b/a Roosevelt Ale House, a Washington corporation, SCOTT SIMPSON, a Washington resident, MICHELLE SIMPSON, a Washington resident, and JACKMAN COMMERCIAL BUILDING L.L.C., a Washington limited liability company,<br><br>Defendants. | NO. 2:18-cv-00596-JLR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JACKMAN COMMERCIAL BUILDING L.L.C. ONLY<br><br>[CLERK'S ACTION REQUIRED] |

Based on the stipulation between Plaintiff United Specialty Insurance Company and Defendant Jackman Commercial Building L.L.C., the Court hereby dismisses without prejudice all of Plaintiff's claims against Defendant Jackman Commercial Building L.L.C. The parties shall bear their own attorney's fees and costs. The claims between Plaintiff United Specialty Insurance Company and Defendants Shot Shakers, Inc., Scott Simpson, and Michelle Simpson shall remain in this case.

The Clerk of the Court is directed to forward copies of this Order to counsel of record.

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JACKMAN COMMERCIAL BUILDING L.L.C. ONLY - 1
(C18-596 JLR)
6521082.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  DATED this _21st_ day of June, 2018.

*/s/ James L. Robart*

James L. Robart
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT
JACKMAN COMMERCIAL BUILDING L.L.C. ONLY - 2
(C18-596 JLR)
6521082.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600