The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOT SHAKERS, INC. d/b/a Roosevelt Ale House, a Washington corporation, SCOTT SIMPSON, a Washington resident, MICHELLE SIMPSON, a Washington resident, and JACKMAN COMMERCIAL BUILDING L.L.C., a Washington limited liability company,<br><br>Defendants. | NO. 2:18-cv-00596-JLR<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE ANSWER TO DEFENDANTS SHOT SHAKERS, INC.'S, SCOTT SIMPSON'S, AND MICHELE SIMPSON'S COUNTERCLAIMS |

This matter comes before the Court on the parties' stipulation. (Dkt No. 17). Based on the parties' stipulation, the Court hereby ORDERS that the date for Plaintiff to file its answer to Defendants Shot Shakers, Inc. d/b/a Roosevelt Ale House, Scott Simpson, and Michelle Simpson's counterclaims is extended by two weeks from July 9, 2018 to July 23, 2018.

ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE ANSWER TO DEFENDANTS SHOT SHAKERS, INC.'S, SCOTT SIMPSON'S, AND MICHELE SIMPSON'S COUNTERCLAIMS - 1
(C18-596 JLR)
6522114.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  DATED this 22nd day of June, 2018.

     _____
     James L. Robart
     United States District Judge

ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE
ANSWER TO DEFENDANTS SHOT SHAKERS, INC.'S, SCOTT
SIMPSON'S, AND MICHELE SIMPSON'S COUNTERCLAIMS - 2
(C18-596 JLR)
6522114.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600