The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOT SHAKERS, INC. d/b/a Roosevelt Ale House, a Washington corporation, SCOTT SIMPSON, a Washington resident, MICHELLE SIMPSON, a Washington resident, and JACKMAN COMMERCIAL BUILDING L.L.C., a Washington limited liability company,<br><br>Defendants. | NO. 2:18-cv-00596-JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER PURSUANT TO LOCAL RULE 7(k) REGARDING CROSS-MOTIONS ON DISCOVERY OF REDACTED AND WITHHELD PORTIONS OF USIC CLAIM FILE |

This matter comes before the Court on the parties' stipulation for the entry of an Order pursuant to Local Rule 7(k) regarding cross-motions regarding discovery of withheld and redacted portions of Plaintiff United Specialty Insurance Company's claim file. (Dkt. # __)

Based on the parties' stipulation, the Court hereby ORDERS that the parties shall comply with the following briefing schedule:

Cross-Motions Filing Deadline:     **Thursday, November 8, 2018**

Opposition Brief Deadline:     **Monday, November 19, 2018**

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER PURSUANT TO LOCAL RULE 7(k) REGARDING CROSS-MOTIONS ON DISCOVERY OF REDACTED AND WITHHELD PORTIONS OF USIC CLAIM FILE - 1
(C18-596 JLR)
6644618.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

Noting Date:               **Friday, November 23, 2018**

The parties shall forgo reply briefs, and follow the 12-page limit for initial and opposition briefs set forth in Local Rules 7(d)(2) and 7(e)(2).

DATED this 1ST day of November, 2018.

                                                        _____
                                                        James L. Robart
                                                        United States District Judge

PRESENTED BY:

s/Eliot M. Harris
Eliot M. Harris, WSBA #36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101
Tel:    (206) 628-6600
Email: eharris@williamskastner.com

*Attorneys for Plaintiff*
*United Specialty Insurance Company*

STIPULATED AND AGREED BY:

s/Jason R. Donovan
Jason R. Donovan, WSBA #40994
**FOSTER PEPPER PLLC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Phone:  (206) 447-4400
Email:   j.donovan@foster.com

*Attorneys for Defendants Shot Shakers, Inc.,*
*Scott Simpson and Michelle Simpson*

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER
PURSUANT TO LOCAL RULE 7(k) REGARDING CROSS-MOTIONS ON
DISCOVERY OF REDACTED AND WITHHELD PORTIONS OF USIC
CLAIM FILE - 2
(C18-596 JLR)
6644618.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600