UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHOT SHAKERS, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-0596JLR<br><br>ORDER STRIKING DISCOVERY MOTIONS |

Before the court are: (1) Defendants Scott Simpson and Michelle Simpson's motion to compel Plaintiff United Special Insurance Company ("USIC") to produce certain withheld documents, or, alternatively, for the court to conduct an *in camera* review of the withheld documents and compel production of any document improperly withheld (MTC (Dkt. # 43)); and (2) USIC's motion for a protective order to prevent discovery of the withheld documents (MPO (Dkt. # 45)). The parties filed these motions without first requesting a conference with the court. (*See* Dkt.) The motions therefore

contravene the court's July 13, 2018, scheduling order.  (*See* Sched. Order (Dkt. # 20) at 2 ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . .") (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) (second alteration in original)); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court").  The court therefore STRIKES the parties' motions (Dkt. ## 43, 45) without prejudice to renewing the motions in a manner that comports with the court's scheduling order.

Dated this 9th day of November, 2018.

JAMES L. ROBART
United States District Judge